MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. v.
PROSPER TOUITOU.

May 30, 1985.

Petition for certification denied.

PASSAIC COUNTY CABLEVISION, INC. v. CITY OF PATERSON
AND MICRO CABLEVISION COMMUNICATIONS, INC.

May 30, 1985.

Petition for certification denied.

LINDA I. WELLBROCK v. RICHARD D. WELLBROCK.

May 30, 1985.

Petition for certification granted.

DR. JACQUELINE DI SALVO v. RUTGERS UNIVERSITY.

DR. ANN BARR SNITOW v. RUTGERS UNIVERSITY.

May 30, 1985.

Petition for certification granted.